JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALON CORAN, | Case No. CV 24-6106-MWF(SKx) |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

The Court has considered the parties' Stipulation of Dismissal with Prejudice. (Docket No. 34). For good cause shown, the Stipulation is GRANTED. The Court ORDERS all claims asserted against Defendant in this action are DISMISSED with prejudice, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-